FILED
8/14/2026
JN
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SAUSA Carolyn M. Nevin (312) 697-4069

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN ALANIS | Case No.: 26 cr 443<br>GABRIEL A. FUENTES<br>Magistrate Judge |

**AFFIDAVIT IN REMOVAL PROCEEDING**

I, DAVID LISOWSKI, appearing before United States Magistrate Judge GABRIEL A. FUENTES by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that STEVEN ALANIS has been charged with a violation of pretrial release in the Northern District of Indiana.

A copy of the arrest warrant is attached.

*David Lisowski*
DAVID LISOWSKI
Deputy U.S. Marshal
United States Marshals Service

SWORN TO AND AFFIRMED by telephone this 14th day of August, 2026.

[signature]
GABRIEL A. FUENTES
United States Magistrate Judge

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

United States of America
v.

STEVEN D. ALANIS

*Defendant*

Case No. 2:24-CR-18

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* STEVEN D. ALANIS, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ☑ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

VIOLATION OF PRETRIAL RELEASE

Date: 08/13/2026

s/Chanda J. Berta (shk)
*Issuing officer's signature*

City and state: Hammond, Indiana

CHANDA. J. BERTA, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________ at *(city and state)* ______________.

Date: ______________

______________
*Arresting officer's signature*

______________
*Printed name and title*